UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.S.G., by and through her Guardian ad Litem, April Zachry,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. CV 16-5465 JC<br><br>JUDGMENT |

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: March 13, 2017

                              /s/
                    _____
                    Honorable Jacqueline Chooljian
                    UNITED STATES MAGISTRATE JUDGE